IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

MARSHALL S. SCHROEDER, et al.,

    Plaintiffs,

v.

BANK OF AMERICA CORP. (BAC),
GOLDBECK MCCAFFERTY & MCKEEVER,
P.C., et al.,

    Defendants.

CIVIL ACTION NO. 3:CV-12-0589

(JUDGE CAPUTO)

(MAGISTRATE JUDGE CARLSON)

## ORDER

**NOW**, this 24th day of January, 2013, upon review of the Report and Recommendation of Magistrate Judge Martin C. Carlson (Doc. 22) for plain error or manifest injustice, **IT IS HEREBY ORDERED** that:

(1)   The Report & Recommendation (Doc. 22) is **ADOPTED**.

(2)   The motions to dismiss the Complaint (Docs. 5; 8) are **GRANTED**.

(3)   The Complaint is **DISMISSED without prejudice**. Plaintiffs are granted leave to file an amended complaint **within twenty-one (21) days** from the date of entry of this Order. Failure to timely file an amended complaint will result in the dismissal of the action **with prejudice**.

(4)   The matter is **RECOMMITTED** to Magistrate Judge Carlson for further proceedings.

/s/ A. Richard Caputo
A. Richard Caputo
United States District Judge